IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-24540

JERRY WENDEL JOHNSON,

    Plaintiff,

v.

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

## JOINT STATUS REPORT

The parties, by and through their respective undersigned counsel, and pursuant to the Court's Order requiring a Status Report (D.E. 16), hereby file their Joint Status Report as follows:

**I. Mediation:**

The parties have agreed to mediate with Dominic Brandy of Upchurch, Watson, White & Max. While the exact date has not been agreed upon, the Parties are working with Mr. Brandy's assistant to secure a date in April of 2020.

**II. Pending Motions:**

At this time, there are no motions pending before the Court.

So stipulated this 6th day of January 2020.

| | |
|---|---|
| Pacin Levine, P.A | Almazan Law, P.A. |
| Attorney for Plaintiff | Attorney for Defendants |
| 1150 NW 72nd Avenue Suite 600 | 7901 SW 67th Avenue, Suite 100 |
| Miami, Florida 33126 | Miami, Florida 33143 |
| Tel.: (305) 780-9085 | Tel.: (305) 665-6681 |
| | /s/ |
| _____ | Johanna Castellon-Vega, Esq. |
| Gabriel J. Navarro, Esq. | Florida Bar No.: 41635 |
| Florida Bar No.: 1010341 | |